# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **Plaintiff,** <br><br> v. <br><br> **KEVIN RODRIGUEZ-CRUZ,** <br><br> **Defendant**. | **CRIM. NO. 14-601 (PAD)** |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Silvia Carreno-Coll regarding the Rule 11 proceeding of defendant, Kevin Rodriguez-Cruz (Docket No. 75), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to COUNTS ONE AND TWO of the Indictment.

The court notes that a Presentence Investigation Report was ordered. The parties shall file their sentencing memoranda not later than July 12, 2016. The Sentencing Hearing is set for July 22, 2016 at 9:30 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of March, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge
